McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-03-5220-OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION FOR FINAL ORDER OF |
| MARTIN ESPANA VILLASENOR, ) | FORFEITURE AND ORDER THEREON |
| ) | |
| Defendant. ) | |
| ) | |
| MARIA SANDOVAL DE ESPANA, and ) | |
| WORLD SAVINGS BANK, FSB, ) | |
| ) | |
| Petitioners. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and petitioners Maria Sandoval de Espana and World Savings Bank, FSB, to compromise and settle their interest in the following property (hereinafter, the "Spalding Property"), and to consent to the entry of a Final Order of Forfeiture as to the following asset pursuant to Fed. R. Crim. P. 32.2, and 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p):

> Real property located at 8861 N. Spalding Avenue, Fresno, Fresno County, California, APN: 403-461-08-2, recorded owner Maria M. Sandoval, and more fully described as

1

```
       LOT 8 OF TRACT 4223, IN THE CITY OF FRESNO, COUNTY OF FRESNO,
       STATE OF CALIFORNIA, AS PER MAP RECORDED JUNE 19, 1991 IN
       BOOK 52, PAGES 40 AND 41 OF MAPS AND AS PER CERTIFICATE OF
       CORRECTION RECORDED APRIL 2, 1992 AS INSTRUMENT NO. 92042438
       OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF
       SAID COUNTY.
```

It is further stipulated between Plaintiff United States of America and petitioner Maria Sandoval de Espana to settle their interest in the following property (hereinafter, the "sub *res* in lieu of the Holt Property"), and to consent to the entry of a Final Order of Forfeiture as to the following asset pursuant to Fed. R. Crim. P. 32.2, and 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p):

> $69,166.37, plus any and all accrued interest, as the sub *res* in lieu of real property located at 2170 Holt Avenue, Sanger, Fresno County, California, APN: 315-203-22-8.

This Stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the following terms:

1. On November 29, 2004, Martin Espana Villasenor entered into a plea agreement in which he pled guilty to Counts Two through Seven of the Superseding Indictment, which charge mail fraud in violation of 18 U.S.C. § 1341, and Count Seventy-Three, which charges conspiracy to launder money in violation of 18 U.S.C. § 1956(h). The Court entered a Preliminary Order of Forfeiture on January 7, 2005, for the above-listed properties.

Pursuant to 21 U.S.C. § 853(n)(1), the Government gave direct notice to Maria Sandoval de Espana and World Savings Bank, FSB, and published notice in The Business Journal on February 18, 25, and March 4, 2005. World Savings Bank, FSB filed a Petition for Ancillary Hearing on February 11, 2005, claiming a lien holder interest in the Spalding Property. Maria Sandoval de Espana filed a Petition for Ancillary Hearing on March 4, 2005, claiming an ownership interest in the Spalding

1  Property and the sub res in lieu of the Holt Property.  No other persons
2  or entities have come forward and the time for maintaining a claim has
3  expired.
4        2.   The parties hereby stipulate that Maria Sandoval de Espana and
5  World Savings Bank, FSB each has a legal right, title, or interest in
6  the Spalding Property, and that such right, title, or interest requires
7  the Court to amend the Preliminary Order of Forfeiture pursuant to Fed.
8  R. Crim. P. 32.2(c)(2) to account for the petitioners' respective
9  interests because such interests were vested in them rather than the
10 defendant at the time of the commission of the acts which give rise to
11 the forfeiture of the property.  *See* 18 U.S.C. § 982(b)(1)
12 (incorporating 21 U.S.C. § 853(n)).  The parties further stipulate,
13 however, that Martin Espana Villasenor has an undivided ownership
14 interest in the above-listed properties and the Preliminary Order of
15 Forfeiture remains valid to the extent it orders the forfeiture of his
16 interest.
17       3.   The Government agrees to allow Maria Sandoval de Espana the
18 opportunity to sell the Spalding Property if a sale can be completed by
19 midnight on April 15, 2008.  Such sale shall be concluded only upon the
20 written consent of the United States, which consent may be withheld if
21 the United States, in its sole discretion, concludes that the terms of
22 the sale are unreasonable or unsatisfactory.  If a sale is completed,
23 Maria Sandoval de Espana shall include the following escrow
24 instructions: 50% of the net proceeds will be submitted to the U.S.
25 Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street,
26 Suite 4401, Fresno, CA 93721.  Said Title Company check shall be made
27 payable to the U.S. Marshals Service and be forwarded to the above-
28 listed address along with copies of the closing documents.  All proceeds

paid to the United States from the sale of the Spalding Property shall be substituted for Martin Espana Villasenor's undivided ownership interest in the Spalding Property and shall be forfeited to the United States, to be disposed of as provided for by law.

4.   If a sale is not completed by Maria Sandoval de Espana by April 15, 2008, the parties agree that the sale of the Spalding Property shall be handled by the U.S. Marshals Service.  The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the Spalding Property.  Pending sale, Maria Sandoval de Espana may continue to occupy the Spalding Property upon such occupancy terms as the U.S. Marshals Service in its sole discretion may require.  Such terms may require that Maria Sandoval de Espana maintain the Spalding Property in good condition and repair, remain current on the loan and property taxes, and provide the U.S. Marshals Service or its agents with reasonable access to the Spalding Property to facilitate its appraisal, repair, marketing, and sale.  If Maria Sandoval de Espana fails to adhere to such occupancy terms the U.S. Marshals Service may upon reasonable notice, and an opportunity to cure, take exclusive possession of the Spalding Property without further Order of the Court.

5.   The United States agrees that upon entry of a Final Order of Forfeiture and sale of the Spalding Property pursuant to the Final Order of Forfeiture, the United States will not contest payment to Maria Sandoval de Espana and World Savings Bank, FSB from the proceeds of the sale, after payment of outstanding taxes and expenses incurred by the U.S. Marshals Service in connection with its custody and sale of the Spalding Property, the following:

1      a.    All unpaid principal due to the petitioner World Savings Bank, FSB under the Deed of Trust recorded in Fresno County, California, as instrument number 2001-0097682, and recorded on July 13, 2001.  Said Deed of Trust secured a Promissory Note ("Note") dated July 9, 2001, in the original amount of $280,000.00.

    b.    All unpaid interest at the contractual base rate (not the default rate) under the above Deed of Trust, assessed at 5.23% per annum, adjusted monthly to correspond to a rate equal to 3.15% added to the monthly costs of savings index as set forth with specificity in the Note, until the date of payment.

    c.    Insurance premiums and property taxes, if any, advanced under the terms of the Deed of Trust.

    d.    Reasonable attorney's fees not to exceed $2,000.00.

    e.    A total fee of not more than $200.00 to process a beneficiary demand statement and to record a reconveyance of the Deed of Trust.

    f.    The exact amount to be paid to World Savings Bank, FSB shall be determined at the time of payment.

    g.    To the United States of America, 50% of the net proceeds from the sale of the Spalding Property after the above disbursements to be forfeited to the United States and disposed of as provided for by law.

    h.    To petitioner Maria Sandoval de Espana, 50% of the net proceeds from the sale of the Spalding Property after the above disbursements.

///

6.   The payment to petitioners Maria Sandoval de Espana and World Savings Bank, FSB shall be in full settlement and satisfaction of all claims and petitions by Maria Sandoval de Espana and World Savings Bank, FSB to the Spalding Property indicted by the Grand Jury for the Eastern District of California on or about May 8, 2003, and of all claims arising from and relating to the seizure, detention, and forfeiture of the Spalding Property.  The payment to Maria Sandoval de Espana and World Savings Bank, FSB shall not include any penalty payments, including any prepayment penalties.

7.   Upon payment, Maria Sandoval de Espana and World Savings Bank, FSB agree to assign and convey their respective security or other interests to the United States via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims that currently exist or that may arise as a result of the Government's actions against and relating to the Spalding Property. As against the United States and its agents, petitioners Maria Sandoval de Espana and World Savings Bank, FSB agree to waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

8.   Petitioners agree not to pursue against the United States any other rights that they may have under the Promissory Note and/or Deed of Trust, including but not limited to, the right to foreclose upon and

6

1  sell the Spalding Property during the pendency of this proceeding or any
2  post-forfeiture proceeding relating to the marketing and sale of the
3  Spalding Property, and any right to assess additional interest or
4  penalties except as specifically allowed herein.

5      9.   Maria Sandoval de Espana agrees to forfeit her right, title,
6  and interest in the $69,166.37, plus any and all accrued interest, as
7  the sub *res* in lieu of real property located at 2170 Holt Avenue,
8  Sanger, Fresno County, California, APN: 315-203-22-8 to the United
9  States of America, to be disposed of as provided for by law.

10     10.   Petitioners understand and agree that by entering into this
11 stipulation of their interest in the Spalding Property and the sub res
12 in lieu of the Holt Property, they waive any right to litigate further
13 their interest in the Properties and to petition for remission or
14 mitigation of the forfeiture. Thereafter, if this Stipulation for Final
15 Order of Forfeiture is approved by the Court, then unless specifically
16 directed by and order of the Court, Maria Sandoval de Espana and World
17 Savings Bank, FSB shall be excused and relieved from further
18 participation in this action.

19     11.   Petitioners understand and agree that the United States
20 reserves the right to void the stipulation if, before payment of the
21 Promissory Note or lien, the U.S. Attorney obtains new information
22 indicating that the petitioners are not "innocent owners" or "bona fide
23 purchasers" pursuant to the applicable forfeiture statutes. The U.S.
24 Attorney also reserves the right, in its discretion, to terminate the
25 forfeiture at any time and release the Spalding Property. In either
26 event, the Government shall promptly notify the petitioners of such
27 action. A discretionary termination of forfeiture shall not be a basis
28 for any award of fees.

12. The parties agree to execute further documents, to the extent necessary, to convey clear title to the Spalding Property to the United States and to implement further the terms of this stipulation. Each party agrees to bear its own costs and attorneys' fees, except as otherwise set forth herein.

13. Payment to the petitioners Maria Sandoval de Espana and World Savings Bank, FSB pursuant to this stipulation is contingent upon a forfeiture of the Spalding Property to the United States, the United States' prevailing against any additional third parties alleging claims in an ancillary proceeding, and the Court's entry of a Final Order of Forfeiture. Further, the terms of this stipulation shall be subject to approval by the United States District Court. Violation of any term or condition herein shall be construed as a violation of an order of the Court.

14. Counsel for Maria Sandoval de Espana and World Savings Bank, FSB represent that they have authority to enter into this stipulation on behalf of their clients.

15. The Court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Date: October 9, 2007          McGREGOR W. SCOTT
                               United States Attorney


                                /s/ Stephanie Hamilton Borchers
                               STEPHANIE HAMILTON BORCHERS
                               Assistant U.S. Attorneys



Date: October 17, 2007          /s/ W. Scott Quinlan
                               W. SCOTT QUINLAN
                               Attorney for Petitioner
                               Maria Sandoval de Espana
                               (Original signature retained by attorney)

Date: November 14, 2007          /s/ Caryn Margolis
                                 CARYN MARGOLIS
                                 Attorney for Petitioner
                                 World Savings Bank, FSB
                                 (Original signature retained by attorney)

**ORDER**

The Court having received, read, and considered the foregoing stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Date:  Nov. 17, 2007             /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER
                                 United States District Judge